The Honorable Benjamin H. Settle

IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LOWELL V. MORRIS,<br><br>Plaintiff,<br><br>vs.<br><br>RAY MABUS, SECRETARY OF THE NAVY,<br><br>Defendant. | Civil Action No: 3:14-cv-05320<br><br>**STIPULATION FOR FILING AMENDED COMPLAINT AND NOTICE TO WITHDRAW FEDERAL DEFENDANT'S PENDING MOTION TO DISMISS** |

## I.   STIPULATION

This stipulation is made and entered into between Plaintiff Lowell Morris and Defendant Ray Mabus, Secretary of the Navy, by and through their respective counsel, with reference to the following:

1. Plaintiff filed this action on April 16, 2014 (Dkt. # 1), alleging that Defendant violated Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act.

2. The Clerk of the Court issued a Summons on August 11, 2014 (Dkt. # 6), and served Defendant with a copy of the Summons and Complaint via certified mail that same day.

3. The Court granted the parties' Stipulated Motion to Extend Time for Federal Defendant to Answer and to Modify Initial Scheduling Dates on October 16, 2014 (Dkt. # 8), ordering Defendant to answer or otherwise respond to Plaintiff's Complaint on or before November 21, 2014.

4. Defendant filed a timely Motion to Dismiss or for a More Definite Statement on November 20, 2014 (Dkt. # 10), arguing that Plaintiff's Complaint should be dismissed for failure to state a claim, or in the alternative, requesting a more definite statement demonstrating a plausible claim for relief.

5. Counsel for the parties have conferred on this matter and Plaintiff has drafted the Amended Complaint attached as Exhibit 1 to this Stipulation, which sets forth Plaintiff's claims in a more definite manner.

6. Defendant should have a reasonable time to answer or otherwise respond to the Amended Complaint.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendant consents to Plaintiff filing the Amended Complaint attached to this Stipulation as Exhibit 1.

2. Pursuant to Local Civil Rule 7(l), Defendant withdraws his Motion to Dismiss (Dkt. # 10).

3. Defendant may answer or otherwise respond to Plaintiff's Amended Complaint on or before December 29, 2014.


SO STIPULATED this 10th day of December, 2014.

| | |
|---|---|
| s/ Chalmers C. Johnson | s/ Jamal Whitehead |
| Chalmers C. Johnson, WSBA# 40180 | Jamal Whitehead, WSBA# 39818 |
| GSJones Law Group, P.S. | Assistant US Attorney |
| 1155 Bethel Ave | 700 Stewart Street, Suite 5220 |
| Port Orchard, WA 98366 | Seattle, WA 98101-1271 |
| Ph: 360-876-9221 | Ph: 206-553-7970 |
| Fax: 360-876-5097 | Fax: 206-553-4073 |
| Chalmers@gsjoneslaw.com | Jamal.whitehead@usdoj.com |
| Attorney for the Plaintiff | Attorney for the Defendant |

# ORDER

IT IS SO APPROVED:

DATED this _10_ day of _December_, 2014.

_____
Benjamin H. Settle
UNITED STATES DISTRICT JUDGE

Jointly Presented by:

*s/ Jamal Whitehead*
JAMAL WHITEHEAD, WSBA #39818
Assistant United States Attorney
United States Attorney's Office

*Attorneys for Federal Defendant*


*s/ Chalmers C. Johnson*
Chalmers C. Johnson, WSBA #40180
GSJones Law Group, P.S.

*Attorneys for Plaintiff*

Stipulation and Proposed Order - 3

GSJONES LAW GROUP, P.S.
1155 BETHEL AVE
PORT ORCHARD, WA 98366
(360) 876-9221